

**James J. Zawodzinski, Jr.**
Associate
Direct Dial: 716.848.1595
*jzawodzi@hodgsonruss.com*

July 27, 2022

**Via ECF and Email**

Honorable Katherine Polk Failla
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007
*Failla_NYSDChambers@nysd.uscourts.gov*

**MEMO ENDORSED**

Re:   *Plaintiff Funding Holding, LLC v. Blue Ocean Partners LLC, et al.*
      **Civil No.:  1:22-cv-04094**
      **Defendant Joseph DiNardo's Request to Appear Telephonically**

Dear Judge Failla:

This firm represents Defendants Blue Ocean Partners LLC and Joseph DiNardo. On July 25, 2022, Defendant Dean Chase filed a letter requesting that the Court reschedule the conference on the relevant parties' pre-motion letters presently scheduled for July 29, 2022 to a later date acceptable to the Court.  The next day, the Court granted Mr. Chase's request and adjourned the July 29, 2022 telephonic conference to an in-person appearance on August 9, 2022.  Counsel to Mr. DiNardo are unfortunately unable to travel to New York City that day, but would be able to attend by telephone.

Accordingly, Mr. DiNardo respectfully requests that the Court permit his counsel to appear telephonically for the August 9, 2022 date.

Respectfully submitted,

James J. Zawodzinski, Jr.

cc:   All Counsel of Record (*via Email and ECF Only*)

---

The Guaranty Building, 140 Pearl Street, Suite 100  |  Buffalo, New York 14202-4040  |  716.856.4000  |  HodgsonRuss.com

048811.00004 Business 22744147v1

*Albany  ■  Buffalo  ■  Greensboro  ■  New Jersey  ■  New York  ■  Palm Beach  ■  Rochester  ■  Saratoga Springs  ■  Toronto*

Application GRANTED.  The parties are directed to appear
telephonically for the pre-motion conference scheduled to take
place on **August 9, 2022, at 2:00 p.m.**  At the appointed time, the
parties shall call (888) 363-4749 and enter access code 5123533.

The Clerk of Court is directed to terminate the pending motion at
docket entry 32.

Dated:    July 28, 2022               SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE