UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLAINTIFF FUNDING HOLDING, LLC *d/b/a* LAWCASH,<br><br>                    Plaintiff,<br><br>                    -v.-<br><br>BLUE OCEAN PARTNERS LLC *d/b/a* PLAINTIFF SUPPORT SERVICES, DEAN CHASE, and JOSEPH DINARDO,<br><br>                    Defendants. | 22 Civ. 4094 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On November 21, 2022, the Court permitted counsel for Defendants Blue Ocean Partners LLC and Joseph DiNardo ("Defendants") to withdraw from this case. (Dkt. #54). In that same Order, the Court directed Defendants to obtain new counsel by January 20, 2023, and clarified that Blue Ocean Partners was required to retain counsel as it is a corporate entity. (*Id.*). Based on email correspondence with the parties, the Court now understands that Defendants require an extension of time to retain counsel. Accordingly, Defendants are ORDERED to retain new counsel by **February 21, 2023**. The parties shall submit a joint letter by **February 28, 2023**, discussing the parties' plan to move forward with discovery and proposing new deadlines in light of this extension. Discovery shall remain stayed until the Court endorses the parties' updated schedule. There will be no further extensions of the aforementioned dates, as discovery has already been stayed for 60 days.

SO ORDERED.

Dated:  January 19, 2023
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge