UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLAINTIFF FUNDING HOLDING, LLC *d/b/a* LAWCASH,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>BLUE OCEAN PARTNERS LLC *d/b/a* PLAINTIFF SUPPORT SERVICES, DEAN CHASE, and JOSEPH DINARDO,<br><br>                              Defendants. | 22 Civ. 4094 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In light of the Court's Order of January 19, 2023 (Dkt. #55), the post-fact discovery conference scheduled to take place on February 21, 2023, is hereby **ADJOURNED** *sine die*. The Court will set a date for the post-fact discovery conference in this case in connection with the parties' joint letter of February 28, 2023.

SO ORDERED.

Dated:   February 14, 2023
         New York, New York

                                                  *Katherine Polk Failla*
                                                  _____
                                                      KATHERINE POLK FAILLA
                                                      United States District Judge