UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLAINTIFF FUNDING HOLDING, LLC *d/b/a* LAWCASH,<br><br>                      Plaintiff,<br><br>                      -v.-<br><br>BLUE OCEAN PARTNERS LLC *d/b/a* PLAINTIFF SUPPORT SERVICES, DEAN CHASE, and JOSEPH DINARDO,<br><br>                      Defendants. | 22 Civ. 4094 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The parties are hereby ORDERED to file a letter update, not to exceed three single-spaced pages, apprising the Court of the status of the bankruptcy proceedings for Defendants DiNardo and Blue Ocean Partners, and setting forth any reason why this Court should not un-stay the case as to Defendant Chase, and consider his pending motion to dismiss Counts IV and V of the Complaint. (Dkt. #46).

      The parties shall file this update on or before **July 12, 2024**.

      SO ORDERED.

Dated:  July 8, 2024
            New York, New York

                                                    KATHERINE POLK FAILLA
                                                  United States District Judge