USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLAINTIFF FUNDING HOLDING, LLC, d/b/a LAWCASH,

          Plaintiff,

-v-

BLUE OCEAN PARTNERS LLC, d/b/a PLAINTIFF SUPPORT SERVICES, ET AL.,

          Defendants.

**ORDER**

22-CV-4094 (KPF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated January 7, 2025, this case was referred to me for settlement. ECF No. 100. As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive. In light of the Court's calendar, settlement conferences generally must be scheduled approximately six weeks in advance. The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: January 8, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1