UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLAINTIFF FUNDING HOLDING, LLC *d/b/a* LAWCASH,<br><br>                              Plaintiff,<br><br>               -v.-<br><br>BLUE OCEAN PARTNERS LLC *d/b/a* PLAINTIFF SUPPORT SERVICES, DEAN CHASE, and JOSEPH DINARDO,<br><br>                              Defendants. | 22 Civ. 4094 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The Court understands from its correspondence with Magistrate Judge Henry J. Ricardo that Plaintiff and Defendant Chase have been unable to reach a resolution of this matter during their settlement conference. As such, the Court expects expert discovery to proceed in this case. The parties are instructed to file a joint letter on or before **March 18, 2025**, proposing a schedule for expert discovery.

      SO ORDERED.

Dated:  March 11, 2025
           New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge